```
McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2763
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEJANDRO CARRILLO, ) <br> ) <br> Defendants. ) <br> _____) | CR. NO. S-03-0353-FCD <br><br> MOTION TO DISMISS <br> INDICTMENT |

Pursuant to Federal Rule of Criminal Procedure 48, the United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss without prejudice the Indictment in the captioned matters, against defendant ALEJANDRO CARRILLO.

DATED: September 14, 2005         McGREGOR W. SCOTT
                                  United States Attorney


                                  By  /s/ Mary L. Grad
                                     MARY L. GRAD
                                     Assistant U.S. Attorney

1

Case 2:03-cr-00353-JAM   Document 124   Filed 09/15/05   Page 2 of 2

O R D E R

It is ordered that the above-captioned case be and is hereby dismissed without prejudice against ALEJANDRO CARRILLO.

DATED: September 15, 2005

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        United States District Judge